UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB and IMPROVING KIDS' ENVIRONMENT,

      Plaintiffs,

      v.

STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

      Defendant,

ASSOCIATION OF BATTERY RECYCLERS, INC.,

      Defendant/Intervenor.
_____/

No. C 06-5641 PJH

**ORDER VACATING HEARING DATE AND GRANTING MOTION FOR LEAVE TO INTERVENE**

Good cause appearing and no opposition having been received, the motion of the Association of Battery Recyclers, Inc. ("ABR"), to intervene is GRANTED pursuant to Federal Rule of Civil Procedure 24. The December 13, 2006 hearing date is VACATED. ABR's answer and disclosure statement, are deemed filed as of the date of this order.

November 29, 2006

**IT IS SO ORDERED.**

_____
PHYLLIS J. HAMILTON
United States District Judge