# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB and IMPROVING KIDS'
ENVIRONMENT,

        Plaintiff(s),

v.

STEPHEN L. JOHNSON, Administrator, US EPA,

        Defendant(s).

CASE NO. C 06-05641 PJH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: Dec. 1, 2006

_____
Attorney for Plaintiff

Dated: Dec. 1, 2006

_____
Attorney for Defendant

Dated: Dec 1, 2006

_____
Attorney for Intervenor

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  X Mediation
  Private ADR

Deadline for ADR session
  X 90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: 12/4/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Aaron Isherwood (CA Bar 184392)
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5680
Fax: (415) 977-5793
aaron.isherwood@sierraclub.org

Thomas Neltner
1131 University Blvd. West, # 1610
Silver Spring, MD 20902
(317) 442-3973
Fax: (866) 234-8505
neltner@ikecoalition.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, and IMPROVING KIDS' ENVIRONMENT, a non-profit organization<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency<br><br>　　Defendant. | Case No.: C 06-5641 PJH<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE – Case No. C 06-5641 PJH

I, Erin Brandt, certify and declare as follows:

    I am over the age of 18 years old, and not a party to this action. My business address is 85 Second Street, 2nd Floor, San Francisco, CA 94105-3441, which is located in the county where the mailing described below took place.

    On November 27, 2006, I served a copy of the ADR Certification by Parties and Counsel for Sierra Club and Improving Kids Environment on the recipients listed below, via electronic mail:

**Martin F. McDermott**
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-4122
Email: martin.mcdermott@usdoj.gov

**Zachary J. Alinder**
Bingham McCutchen
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111
(415) 393-2226
Fax: (415) 393-2286
Email: zachary.alinder@bingham.com

    On, December 1, 2006, I served a copy of the ADR Certification by Parties and Counsel for Sierra Club and Improving Kids Environment on the recipient listed below, via certified mail:

**Robert N. Steinwurtzel**
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006
US
202-424-7500
Fax: 202-424-7643

On, December 1, 2006, I served a copy of the Stipulation and [Proposed] Order Selecting ADR Process on the recipients listed below, via electronic mail or certified mail:

**Martin F. McDermott**
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-4122
Email: martin.mcdermott@usdoj.gov

**Zachary J. Alinder**
Bingham McCutchen
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111
(415) 393-2226
Fax: (415) 393-2286
Email: zachary.alinder@bingham.com

**Robert N. Steinwurtzel**
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006
US
202-424-7500
Fax: 202-424-7643

**ADR Program,**
450 Golden
Gate Avenue, 16th Floor, Room 16-6892,
San Francisco, CA
ADR@cand.uscourts.gov
Fax(415 522-4112)

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 1, 2006        _____/s/_____

                                         Erin Brandt