KEVIN V. RYAN (SBN 118321)
United States Attorney
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
10TH Floor Federal Building, Box 36045
450 Golden Gate
San Francisco, CA 94102
(415) 436-6967
(415) 436-6740

MARTIN F. McDERMOTT (SBN 6183307 (IL))
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-4122
Fax: (202) 514-8865

AARON ISHERWOOD
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5680
Fax: (415) 977-5793

THOMAS NELTNER
1131 University Blvd. West, #1610
Silver Spring, MD 20902
(317) 442-3973
Fax: (866) 234-8505

(Additional attorneys listed on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SIERRA CLUB and
IMPROVING KIDS ENVIRONMENT,

Plaintiffs,

v.

STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,

Defendant.

Case No.: C 06-5641 PJH

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
AND ORDER

Plaintiffs Sierra Club and Improving Kids' Environment, Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency, and Intervenor Association of Battery Recyclers, Inc., hereby respectfully and jointly request, pursuant to Local Rule 16.2(d), that the case management conference currently set for December 14, 2006 be rescheduled for January 25, 2006. The parties have good cause for this request. In support hereof, the parties state as follows:

1. The complaint in this case was filed in September 2006. Defendant timely answered, as has Intervenor. This matter is currently set for a case management conference on December 14, 2006. The parties jointly request that the case management conference be rescheduled for January 25, 2007.

2. The parties have already met and conferred several times on case management issues. The parties reached agreement on some issues, including the most effective ADR method (mediation). On December 4, 2006, this Court issued an Order referring this matter to mediation and setting a 90-day deadline for the ADR session (March 4, 2007).

3. The parties are continuing to meet and confer on the remaining case management issues and believe that postponing the conference until January 25, 2007 would allow the parties time to continue to work together to produce a more complete case management report. Such a report would narrow the issues and lead to a more efficient and productive case management conference.

4. Additionally, lead counsel for all parties are located in Washington, D.C. In the interest of efficiency, the parties are endeavoring to schedule mediation in San Francisco to coincide with the proposed January 25, 2007 date for the case management conference.

5. The requested rescheduling of the case management conference will not result in a material delay in the progress of this case.

6. No time modifications have been previously requested in this case.

WHEREFORE, the parties respectfully request that the case management conference be rescheduled

for January 25, 2007 at 2:30 p.m. A proposed order is attached.

Dated: December 7, 2006

Respectfully submitted,

/s/
AARON ISHERWOOD,
Attorney Sierra Club

/s/
THOMAS NELTNER
IN Bar No. 19246-49
1131 University Blvd. West, # 1610
Silver Spring, MD 20902
(317) 442-3973

Attorneys for Plaintiffs

/s/
MICHAEL B. WIGMORE,
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006
(202) 424-7500

Attorneys for Intervenors

/s/
MARTIN F. McDERMOTT,
United States Department of Justice

KEVIN V. RYAN, United States Attorney
JAMES A. CODA, Assistant U.S. Attorney

Attorneys for Defendant

**[P~~ROPOSED~~] ORDER**

Pursuant to stipulation and good cause appearing therefor, the case management conference for the above-captioned matter is hereby rescheduled for January 25, 2006 at 2:30 p.m.

IT IS SO ORDERED.

Dated: 12/8/06 ____________________



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2006, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. A copy was also mailed to the following:

Robert N. Steinwurtzel
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006

*s/ Martin F. McDermott*

MARTIN F. McDERMOTT