KEVIN V. RYAN (SBN 118321)
United States Attorney
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
10TH Floor Federal Building, Box 36045
450 Golden Gate
San Francisco, CA 94102
(415) 436-6967
(415) 436-6740

MARTIN F. McDERMOTT (SBN 6183307 (IL))
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-4122
Fax: (202) 514-8865

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and IMPROVING KIDS ENVIRONMENT,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>    Defendant. | Case No.: C 06-5641 PJH<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER** |

      Plaintiffs Sierra Club and Improving Kids' Environment, Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency, and Intervenor Association of Battery Recyclers, Inc., hereby respectfully and jointly request, pursuant to Local Rule 16.2(d), that the case management conference currently set for January 25, 2007 be rescheduled for February 22, 2006. The parties have good cause for this request. In support hereof, the parties state as follows:

1. The complaint in this case was filed in September 2006. Defendant timely answered, as has Intervenor. This matter is currently set for a case management conference on January 25, 2007. The parties jointly request that the case management conference be rescheduled for February 22, 2007.

2. The parties have already met and conferred several times on case management issues. The parties reached agreement on some issues, including the most effective ADR method (mediation), and are continuing to meet and confer on the remaining case management issues.

3. On December 4, 2006, this Court issued an Order referring this matter to mediation and setting a 90-day deadline for the ADR session (March 4, 2007). The Court's ADR Case Administrator has recently advised the parties that Michael Dickstein of Dickstein Dispute Resolution/MEDiate has been selected to mediate this case. However, Mr. Dickstein is not available until February 21, 2007.

4. Lead counsel for all parties are located in Washington, D.C. In the interest of efficiency and to conserve scarce resources, the parties are endeavoring to schedule mediation with Mr. Dickstein in San Francisco to coincide with the case management conference. Rescheduling the case management conference for February 22, 2007, the day after the scheduled mediation is to occur, will accomplish that goal.

5. One previous time modification was requested and granted in this case, but that modification preceded the appointment of the mediator.

6. The requested rescheduling of the case management conference will not materially delay the progress of this case.

WHEREFORE, the parties respectfully request that the case management conference be rescheduled for February 22, 2007 at 2:30 p.m. A proposed order is attached.

Dated: January 10, 2007                    Respectfully submitted,

                                           /s/
                                           _____
                                           THOMAS NELTNER

```
 1                                    IN Bar No. 19246-49
                                      1131 University Blvd. West, # 1610
 2                                    Silver Spring, MD 20902
                                      (317) 442-3973
 3
                                      Attorney for Plaintiffs
 4

 5
                                              /s/
 6                                    _____
                                      MICHAEL B. WIGMORE,
                                      BINGHAM McCUTCHEN LLP
 7                                    2020 K Street, N.W.
                                      Washington, DC 20006
 8                                    (202) 424-7500

 9                                    Attorney for Intervenors

10
                                              /s/
11                                    _____
                                      MARTIN F. McDERMOTT,
                                      United States Department of Justice
12
                                      KEVIN V. RYAN, United States Attorney
13                                    JAMES A. CODA, Assistant U.S. Attorney

14                                    Of Counsel:
                                      MARNA McDERMOTT
15                                    Office of General Counsel
                                      U.S. Environmental Protection Agency
16                                    Pesticides and Toxic Substances Law Office
                                      Ariel Rios Building,
17                                    1200 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20460
18
                                      Attorneys for Defendant
19

20

21

22

23

24

25

26

27
     STIPULATION TO RESCHEDULE CASE MANAGEMENT
28   CONFERENCE - CASE NO: 06-5641 (PJH)              -3-
```

```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JAMES A. CODA (SBN 1012669 (WI))
    Assistant United States Attorney
 3  10TH Floor Federal Building, Box 36045
    450 Golden Gate
 4  San Francisco, CA 94102
    (415) 436-6967
 5  (415) 436-6740

 6  MARTIN F. McDERMOTT (SBN 6183307 (IL))
    United States Department of Justice
 7  Environment & Natural Resources Division
    Environmental Defense Section
 8  P.O. Box 23986
    Washington, D.C. 20026-3986
 9  Tel: (202) 514-4122
    Fax: (202) 514-8865
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and<br>IMPROVING KIDS ENVIRONMENT,<br><br>        Plaintiffs,<br><br>    v.<br><br>STEPHEN L. JOHNSON, in his official<br>capacity as Administrator of the United<br>States Environmental Protection Agency,<br><br>        Defendant. | Case No.: C 06-5641 PJH<br><br>[~~PROPOSED~~] ORDER |

Pursuant to stipulation and good cause appearing therefor, the case management conference for the above-captioned matter, previously set for January 25, 2006, is hereby rescheduled for February 22, 2007 at 2:30 p.m.

IT IS SO ORDERED.

Dated: 1/11/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2007, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

*s/ Martin F. McDermott*

MARTIN F. McDERMOTT