IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SIERRA CLUB and
IMPROVING KIDS ENVIRONMENT,

    Plaintiffs,

v.

STEPHEN L. JOHNSON, in his official
capacity as Administrator of the United
States Environmental Protection Agency,

    Defendant,

ASSOCIATION OF BATTERY
RECYCLERS,

    Intervenor.

Case No.: C 06-5641 PJH

[~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and upon the joint stipulation of all of the parties, this case is hereby dismissed, with prejudice.

DATED: 6/25/07

UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Phyllis J. Hamilton